Case 2:03-cr-00005-RHW   Document 33   Filed 02/08/11

PROB 12C
(7/93)

Report Date: February 8, 2011

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Dominic Eaglebear        Case Number: 2:03CR00005-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 5/12/2003

| | |
|---|---|
| Original Offense: | Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii) |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Joe Harrington |
| Defense Attorney: | Lisa Ellis |

Type of Supervision: Supervised Release

Date Supervision Commenced: 2/26/2009

Date Supervision Expires: 2/25/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.
  | **Supporting Evidence**: On February 3, 2011, a criminal complaint was filed in the United States District Court for the Eastern District of Washington, charging the defendant with sexual abuse of a minor within Indian country. Mr. Eaglebear is currently wanted by Federal authorities for these charges which remain pending.
2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
  | **Supporting Evidence**: Mr. Eaglebear was contacted by a special agent with the Federal Bureau of Investigations and a tribal police officer on January 24, 2011. He was questioned at that time and submitted to a search of his person and vehicle. He was advised at that time that law enforcement was aware of his supervision status with the undersigned officer and that he needed to report his contact with law enforcement to the undersigned officer. To date Mr. Eaglebear has failed to report his contact with law enforcement as required.

Prob12C
Re: Eaglebear, Dominic
February 8, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/8/2011

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

2/8/11

Date