PROB 12C
(6/16)

Report Date: September 9, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dominic Ray Eaglebear     Case Number: 0980 2:03CR00005-RHW-1

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 12, 2003

| | |
|---|---|
| Original Offense: | Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii) |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months |
| Revocation Sentence<br>September 12, 2011 | Prison - 10 months<br>TSR - 50 months |
| Revocation sentence<br>July 21, 2015 | Prison - 3 months<br>TSR - 30 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: September 14, 2015 |
| Defense Attorney: | Meredith B. Esser | Date Supervision Expires: March 2, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Eaglebear violated his conditions of supervised release in Spokane, Washington, by using cocaine on or about August 30, 2016. Mr. Eaglebear reported to U.S. Probation on August 30, 2016, to submit to a urinalysis test. The urine sample tested presumptive positive for cocaine and was sent to Alere Toxicology for further testing. On September 6, 2016, the lab report from Alere Toxicology was received showing a positive test for cocaine. |

Prob12C
Re: Eaglebear, Dominic Ray
September 9, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Robert A Whaley*
Signature of Judicial Officer

9/12/2016
Date